■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Appellant. [805 NYS2d 844]—Appeal by the de-

fendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Corso, J.), imposed May 14, 2002.

Ordered that the sentence is affirmed (*see People v Kazepis,* 101 AD2d 816 [1984]). Schmidt, J.P., Santucci, Rivera and Lunn, JJ., concur.